UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO MUNOZ and<br>JASON RHODES,<br>          Defendants. | Cr. No. ___1:25-cr-00023-JJM-PAS___<br><br>Violation:<br><br>18 U.S.C. § 1349 (Conspiracy – Wire Fraud)<br><br>18 U.S.C. § 1028A (Aggravated Identity Theft) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

(Conspiracy to Commit Wire Fraud – 18 U.S.C. § 1349)

Introduction

At all times relevant to this Information:

1.     ROBERTO MUNOZ resided in Florida.

2.     JASON RHODES resided in New York.

The Conspiracy

3.     Beginning on a date unknown to the Grand Jury but not later than in or about November 2023 and continuing through on or about March 8, 2024, in the Districts of Rhode Island, Kansas, Iowa, Maryland, New Jersey, Massachusetts, Western District of Wisconsin, Northern District of Illinois, Eastern District of Virginia, Middle

District of Tennessee, Western District of Tennessee, Eastern District of North Carolina, Middle District of North Carolina, and elsewhere, the defendant,

**ROBERTO MUNOZ** and **JASON RHODES**,

did knowingly, willfully, and unlawfully combine, conspire, and agree with each other and other persons, known and unknown to the Grand Jury, to commit wire fraud, that is, to knowingly and with intent to defraud, devise and intend to devise a scheme to defraud and to obtain money from others by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and for the purpose of executing such scheme to defraud and to obtain money, caused the transmission of wire communications in interstate and foreign commerce, contrary to 18 U.S.C. § 1343.

## The Object of the Conspiracy

4.     The object of the conspiracy was for defendants ROBERTO MUNOZ, JASON RHODES, and their co-conspirators, to unlawfully enrich themselves by obtaining money from elderly victims, by convincing the victims that a grandchild, child, or other relative was in financial and legal distress; that money was urgently needed to pay expenses relating to the relative's legal issues; and that cash should be given to a courier, agent, or bail bondsman, who would be sent to the homes of the victims.

## Manner and Means of the Conspiracy

5.     It was a part of the conspiracy that members of the conspiracy contacted elderly victims throughout Rhode Island, Massachusetts, and elsewhere, by telephone,

2

and, posing as a lawyer, or other individual, falsely told the victims that a relative, typically the victim's grandchild or child, had been arrested or incarcerated in connection with a car accident or other legal matter, and that the relative needed money for bail and legal fees, often thousands of dollars.

6.      It was further part of the conspiracy that members of the conspiracy sometimes posed, on the telephone, as a victim's grandchild, child, or other relative, to further persuade and induce the victim to provide the cash.

7.      It was further part of the conspiracy that, in order to conceal the crime and prevent a victim from sharing information about the calls and requests for money, members of the conspiracy falsely told victims that a "gag order" was in place on his or her relative's legal matter that prohibited the victim from sharing information about the matter.

8.      It was further part of the conspiracy that, during the telephone calls, members of the conspiracy informed the victims that a courier or agent or bail bondsman would arrive at their homes to pick up the cash for their relative.

9.      It was further part of the conspiracy that MUNOZ and RHODES exchanged information about the victims via text messages, including the victims' names, victims' addresses, victims' grandchild's names, the amount of cash to be collected from the victims, and the fake name that RHODES was to use when speaking with the victims.

10.      It was further part of the conspiracy that MUNOZ drove RHODES to the

3

area of victims' homes.

11.     It was further part of the conspiracy that RHODES retrieved and attempted to retrieve packages of cash from elderly victims at their homes.

<u>Acts in Furtherance of the Conspiracy</u>

12.     In furtherance of the conspiracy, at least one of the following acts, among others, was committed by one or more of the co-conspirators in the Districts of Rhode Island, Kansas, Iowa, Maryland, New Jersey, Massachusetts, Western District of Wisconsin, Northern District of Illinois, Eastern District of Virginia, Middle District of Tennessee, Western District of Tennessee, Eastern District of North Carolina, Middle District of North Carolina, and elsewhere:

13.     On or about December 20, 2023, a member of the conspiracy called L.G., of Lecompton, Kansas, and told L.G. that her grandson, identified by his name, A.S., needed money for bail. On the same date, MUNOZ texted RHODES "5000$ live pick up," "Sen:" followed by L.G.'s name, L.G.'s address, "Gson:" followed by A.S., the name of L.G.'s grandson, and "cash at home."

14.     On or about February 5, 2024, a member of the conspiracy called G.R., of Stanhope, Iowa, and told G.R. that his grandson, identified by his name, B.B., was in jail as he was in an accident, that there were drugs in the vehicle, and that his grandson needed bail money in the amount of $18,000 cash to get out of jail. The member of the conspiracy arranged to meet in Fort Dodge to retrieve the cash from G.R. On the same date, MUNOZ texted RHODES, "10k cash at home LP," G.R.'s name, G.R.'s address, "G.son" followed by B.B., by the name of G.R.'s grandson, and "Fort dodge, IA."

4

15. On or about February 6, 2024, MUNOZ text RHODES "15k at home," E.G.'s name, E.G.'s address, "G.son" followed by C.F., the name of E.G.'s grandson.

16. On or about March 4, 2024, a member of the conspiracy called R.M. of Newport, Rhode Island, and claimed to be a police officer in Connecticut. The purported police officer told R.M. that his grandson had been involved in a motor vehicle accident and had been arrested for reckless endangerment and various felony offenses. R.M. then received phone calls from his purported grandson and then "Attorney Raymond Becker" who requested reimbursement for a $10,000 bond that he had paid to prevent R.M.'s grandson from going to jail. That same day, MUNOZ texted RHODES R.M.'s full name and address and the name "Johnathan Rivera," the false name of the courier that RHODES was to use in the scam. MUNOZ drove RHODES to the vicinity of R.M.'s residence. RHODES then went to R.M.'s residence and retrieved $9,800 in cash from R.M.

17. On March 5, 2024, a member of the conspiracy called C.G. of West Greenwich, Rhode Island, and pretended to be C.G.'s grandson. C.G.'s purported grandson told C.G. that he had been involved in a motor vehicle accident and had been arrested. A member of the conspiracy who identified himself as "Attorney Robert Becker" requested that C.G. provide $15,000 for her grandson's bail and she was instructed not to tell anyone. C.G. was further instructed that if she were questioned about the purpose of withdrawal, she was to state it was for home repairs. C.G. then provided "Attorney Robert Becker" her home address and was informed that a bondsman named "Jonathan Riviera" would obtain the funds from her. That same day,

5

MUNOZ texted RHODES C.G.'s last name and address.   MUNOZ drove RHODES to the vicinity of C.G.'s residence.   RHODES then went to C.G.'s residence and retrieved $15,000 from C.G.

18.     On or about March 5, 2024, a member of the conspiracy called J.M. of Cranston, Rhode Island, and pretended to be J.M.'s godson.   J.M.'s purported godson told J.M. that he had been involved in a motor vehicle accident, had been arrested, and needed money for bail.   Later, a member of the conspiracy who identified himself as "Attorney Joseph Michael Cohen" called J.M. and arranged for a courier to come to J.M.'s house to collect $18,000 for bail.   That same day, MUNOZ texted J.M.'s last name and his address to RHODES.   MUNOZ drove RHODES to the vicinity of J.M.'s residence.   RHODES then went to J.M.'s residence and retrieved $18,000 from J.M.

19.     On or about March 6, 2024, a member of the conspiracy called B.H. of East Greenwich, Rhode Island, and pretended to be B.H.'s nephew.   B.H.'s purported nephew told B.H. that he had been arrested and needed money for bail.   B.H.'s purported nephew then told B.H. to stay on the line to speak with "Sergeant Olsen" from the Johnston Police Department.   "Sergeant Olsen" told B.H. that her nephew was found in possession of two pounds of cocaine and needed $8,200 for bail.   That same day, MUNOZ texted RHODES B.H.'s full name and B.H.'s address.   MUNOZ drove RHODES to the vicinity of B.H.'s residence.   RHODES then went to B.H.'s residence and retrieved $8,200 from B.H.

20.     On or about March 6, 2024, a member of the conspiracy called L.E. of Smithfield, Rhode Island, and pretended to be L.E.'s cousin.   L.E.'s purported cousin

6

told L.E. that he had been involved in motor vehicle accident and had been arrested. L.E. was instructed to contact the public defender at a number that was provided. After L.E. called the number provided for the public defender, "Roger Gibson" requested that L.E. obtain $12,000 for her cousin's bail and that a courier would come to her residence to pick the money up.   That same day, MUNOZ texted RHODES L.E.'s full name and L.E.'s address.   MUNOZ drove RHODES to the vicinity of L.E.'s residence.   RHODES then went to L.E.'s residence and retrieved $12,000 from L.E.

21.    On or about March 7, 2024, a member of the conspiracy called H.P. of Cohasset, Massachusetts, and pretended to be H.P.'s grandson.   H.P.'s purported grandson told H.P. that he had been in a motor vehicle accident involving a pregnant female and had been arrested.   H.P. then spoke to "Attorney Linda Cohen" who told her that her grandson needed $18,000 for bail.   That same day, MUNOZ texted H.P.'s full name and H.P.'s address to RHODES.

22.    On or about March 7, 2024, a member of the conspiracy called N.E. of Braintree Massachusetts, and pretended to be "Attorney Joseph Cohen."   "Attorney Joseph Cohen" told N.E. he was calling on behalf of her grandson who was involved in a motor vehicle accident, had been arrested, and needed $18,0000 to be processed through the courts.   N.E. was also told that a "gag order" was in place and that she could not discuss the information with anyone.   "Attorney Joseph Cohen" told N.E. that "Agent Jonathan Riviera" would arrive at her residence to pick up the money. That same day, MUNOZ texted N.E.'s full name and N.E.'s address to RHODES. MUNOZ drove RHODES to the vicinity of N.E.'s residence.   RHODES then went to

N.E.'s residence, identified himself as "Jonathan Riviera," and retrieved $18,000 from N.E.

23.     On or about March 7, 2024, a member of the conspiracy called J.W. of Braintree, Massachusetts, and pretended to be J.W.'s nephew.   J.W.'s purported nephew told J.W. that he had been in a motor vehicle accident involving a pregnant female.   J.W. then spoke to an "attorney" who told her that her nephew needed $16,000 for bail and that a bail bondsman would arrive to her residence to collect the money. That same day, MUNOZ texted J.W.'s full name and J.W.'s address to RHODES. MUNOZ drove RHODES to the vicinity of J.W.'s residence.   RHODES then went to J.W.'s residence and retrieved $16,000 from J.W.

24.     On or about March 7, 2024, a member of the conspiracy called N.M. of Braintree, Massachusetts, and pretended to be an "attorney" for her grandson.   The purported attorney told N.M. that her grandson had been involved in a motor vehicle accident and had been hurt.   The purported attorney then let her speak to her purported grandson.   The purported attorney requested that N.M. withdraw $12,000 to help her grandson, that a courier would pick up the money, and to not tell anyone what she was doing.   That same day, MUNOZ texted N.M.'s full name and N.M.'s address to RHODES.   MUNOZ drove RHODES to the vicinity of N.M.'s residence.   RHODES then went to N.M.'s residence and retrieved $12,000 from N.M.

25.     On or about March 7, 2024, a member of the conspiracy called D.J. of Lakeville, Massachusetts, and pretended to be D.J.'s grandson.   D.J.'s purported grandson told D.J. that he had been involved in a motor vehicle accident and had been

8

arrested.   D.J. then spoke to an "Attorney Cohen" who told him that $18,100 was needed for bail. A "judge" then instructed him to put the money in a box and that someone would come to his residence to pick the money up.   That same day, MUNOZ texted D.J.'s last name and D.J.'s address to RHODES.   MUNOZ drove RHODES to the vicinity of D.J.'s residence.   RHODES then went to D.J.'s residence and retrieved $18,100 from D.J.

26.    On or about March 7, 2024, a member of the conspiracy called B.S. of Hanover, Massachusetts, and pretended to be "Attorney Joseph Cohen."   "Attorney Joseph Cohen" told B.S. that her nephew had been involved in a motor vehicle accident in which a pregnant female was seriously injured, and that the nephew needed $36,000 for bail.   That same day, MUNOZ texted B.S.'s full name and B.S.'s address to RHODES.   MUNOZ drove RHODES to the vicinity of B.S.'s residence.   RHODES then went to B.S.'s residence and retrieved $36,000 from B.S.

27.    On or about March 7, 2024, a member of the conspiracy called D.Y. of Scituate, Massachusetts, and pretended to be D.Y.'s granddaughter.   D.Y.'s purported granddaughter told her that she was in trouble and that a lawyer would be calling her shortly.   D.Y. then spoke to a purported attorney who told her that her granddaughter needed $20,000 for bond.   When D.Y. said she did not have that amount, the purported attorney agreed to accept $9,500.   That same day, MUNOZ texted D.Y.'s full name and D.Y.'s address to RHODES.   MUNOZ drove RHODES to the vicinity of D.Y.'s residence.   RHODES then went to D.Y.'s residence and retrieved $9,500 from D.Y.

28.    On or about March 7, 2024, a member of the conspiracy called D.C. of

9

Stoughton, Massachusetts, and pretended to be D.C.'s grandson. After D.C. told that individual that she did not have a grandson, the individual then said he was her son. D.C.'s purported son told D.C. that he had been involved in a motor vehicle accident and had been arrested. D.C. then spoke to "Attorney Mark Roberts" who told her $20,000 was needed for a bond and that a courier would pick up the money. D.C. was also informed by the purported attorney that a gag order was in place. That same day, MUNOZ texted D.C.'s last name and D.C.'s address to RHODES. MUNOZ drove RHODES to the vicinity of D.C.'s residence. RHODES then went to D.C.'s residence and retrieved $20,000 from D.C.

29. On or about March 7, 2024, a member of the conspiracy called K.T. of Hopkinton, Massachusetts, and pretended to be a bail bondsman. The purported bail bondsman told K.T. that that her son had been arrested and needed $9,000 for bail. That same day, MUNOZ texted K.T.'s full name and K.T.'s address to RHODES.

30. On or about March 8, 2024, a member of the conspiracy called W.N. of Coventry, Massachusetts, and pretended to be W.N.'s grandson. W.N.'s purported grandson told W.N. that he had been arrested and needed $9,500 for bail. W.N. then spoke to "Sergeant Olson" who joined the call and told W.N. that his grandson was in a vehicle that was under surveillance for organized crime drug dealing. That same day, MUNOZ texted W.N.'s full name and W.N.'s address to RHODES. MUNOZ drove RHODES to the vicinity of W.N.'s residence. RHODES then went to W.N.'s residence and retrieved $9,500 from W.N.

31. On or about March 6, 2024, a member of the conspiracy called A.B., of

Warwick, Rhode Island, pretending to be "Attorney Joseph Michael Cohen." Another member of the conspiracy joined the call, falsely claimed to be A.B.'s grandson using A.B.'s grandson's real name and told A.B. that he had been involved in motor vehicle accident which resulted in serious injuries to another person. "Attorney Joseph Michael Cohen" stated to A.B. and his wife that his grandson's bail was set at $18,000 and that a gag order had been put in place, preventing him from discussing the incident with anyone. A.B. then withdrew $18,000 from his bank, and provided that amount in an envelope within a box to an unknown individual who came to collect it. Several hours later, A.B. was again contacted by "Attorney Joseph Michael Cohen" who informed him that his "grandson" would be sued by the supposed female who was injured in the accident and that she had suffered a miscarriage, and that A.B. needed to pay an additional amount of money.

32.    On or about March 8, 2024, MUNOZ and RHODES traveled to Warwick, RI, to pick up the $40,000 from A.B. MUNOZ drove RHODES to the vicinity of A.B.'s residence. RHODES then went to A.B.'s residence to retrieve the money. After RHODES retrieved an envelope with purported cash from A.B., RHODES was arrested leaving A.B.'s residence and MUNOZ was arrested in the area of A.B.'s residence in a car by the Warwick Police Department.

All in violation of 18 U.S.C. § 1349.

11

## COUNT TWO

(18 U.S.C. § 1028A – Aggravated Identity Theft)

33. The allegations contained in paragraphs 1 through 32 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

34. On or about December 20, 2023, in the Districts of Rhode Island, Kansas, and elsewhere, the defendant,

**ROBERTO MUNOZ** and **JASON RHODES**,

during and in relation to the felony of offense of conspiracy to commit wire fraud (18 U.S.C. § 1349), did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, to wit the name A.S.

In violation of 18 U.S.C. § 1028A.

## COUNT THREE

(18 U.S.C. § 1028A – Aggravated Identity Theft)

35. The allegations contained in paragraphs 1 through 32 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

36. On or about February 5, 2024, in the Districts of Rhode Island, Iowa, and elsewhere, the defendant,

**ROBERTO MUNOZ** and **JASON RHODES**,

during and in relation to the felony of offense of conspiracy to commit wire fraud (18 U.S.C. § 1349), did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, to wit the name B.B.

In violation of 18 U.S.C. § 1028A.

## COUNT FOUR

(18 U.S.C. § 1028A –Aggravated Identity Theft)

37.    The allegations contained in paragraphs 1 through 32 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

38.    On or about February 6, 2024, in the Districts of Rhode Island, Iowa, and elsewhere, the defendant,

**ROBERTO MUNOZ** and **JASON RHODES**,

during and in relation to the felony of offense of conspiracy to commit wire fraud (18 U.S.C. § 1349), did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, to wit the name C.S.

In violation of 18 U.S.C. § 1028A.

## FORFEITURE ALLEGATION

Upon conviction of the conspiracy to commit wire fraud offense alleged in Count One of this Information, defendant

**ROBERTO MUNOZ** and **JASON RHODES**,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1349 and 1343, and a sum of money equal to the total amount of proceeds obtained as a result of the offenses including but not limited to, the following:

13

The following items that were under the control of ROBERT MUNOZ and JASON RHODES on or about March 8, 2025:

- $59,090 in U.S. Currency seized from Hampton Inn, Room #331, 2100 Post Road, Warwick, RI, on March 8, 2024;

- $2,690 in U.S. Currency associated with Room #331 and seized from the front desk of the Hampton Inn, 2100 Post Road, Warwick, RI, on March 8, 2024;

The following items that were seized from ROBERTO MUNOZ on or about March 8, 2025:

- $9,200 in U.S. Currency seized from ROBERTO MUNOZ's person on March 8, 2024.

The following items that were seized from JASON RHODES on or about March 8, 2025:

- $4,221.00 in U.S. Currency seized from Jason RHODES' person on March 8, 2024; and

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the

14

intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. § 981(a)(1), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL:

Grand Jury Foreperson

Date 3/19/25

SARA M. BLOOM
Acting United States Attorney

DENISE MARIE BARTON
Assistant U.S. Attorney

LEE H. VILKER
Criminal Chief